DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
DARRYL A. SCHLAPPI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL A. SCHLAPPI,   )
                      )   No. CIV S-06-1034 DFL GGH
          Petitioner, )
                      )
     v.               )
                      )   ORDER
JEANNE WOODFORD, et al., )
                      )
          Respondents. )
_____)

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Johanna D. Hoffmann shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: 7/25/06

/s/ Gregory G. Hollows
_____

GREGORY G. HOLLOWS
United States Magistrate Judge

schl1034.po