IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DARRYL SCHLAPPI**                                    CIV S-06-1034 DFL GGH P

                Petitioner

v.                                                                      **ORDER GRANTING ENLARGEMENT OF TIME**

**JEANNE WOODFORD, et al,.**

                Respondents

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that petitioner's application for an enlargement of time, to and including **December 15, 2006**, in which to determine how to proceed with Petitioner's case is GRANTED. All other time periods remain as stated in the Joint Scheduling Statement.

Dated: 10/30/06                                        /s/ Gregory G. Hollows
                                                                               GREGORY G. HOLLOWS
                                                                               United States Magistrate Judge

schl1034.po2