UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL SCHLAPPI,<br><br>　　　　Petitioner,<br><br>v.<br><br>JEANNE WOODFORD,<br><br>　　　　Respondent. | No. CV-06-1034 CBM (HCx)<br><br>ORDER RE: CERTIFICATE OF APPEALABILITY |

On December 31, 2009, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the Matter.[1]

The Certificate of Appealability is **DENIED** for the following reason:

There has been no substantial showing of the denial of a constitutional right.

DATED: July 22, 2010　　　　By _____
　　　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The Honorable Consuelo B. Marshall of the Central District of California sitting by designation. [Docket No. 24.]